In the Matter of the Accounting of HELEN R. B. SEARS, Deceased, by Her Executor, ARTHUR W. SEARS et al., as Trustees under the Will of HELEN L. BULLARD, Deceased.

ARTHUR W. SEARS, as Executor, Appellant; DARTMOUTH COLLEGE, Respondent. (Two Cases.)

(Argued March 17, 1930; decided April 1, 1930.)

*Leverett J. Luce* for appellant.

*Paul G. Gravenhorst* and *Henry Melville* for respondent.

Orders affirmed, with costs, on the authority of *Hollis v. Drew Theological Seminary* (95 N. Y. 166); *Matter of Durand* (194 N. Y. 477), and *Ithaca Trust Co.* v. *United States* (279 U. S. 151); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.